IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BRADLEY L. MAUNEY,           )
                             )
            Plaintiff,       )
                             )
       v.                    )       1:17CV88
                             )
A.W. CUGINO, II, et al.,     )
                             )
            Defendant(s).    )

ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, a pretrial detainee in Randolph County, North Carolina, submitted a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed *in forma pauperis*. The form of the Complaint is such that serious flaws make it impossible to further process the Complaint. The problems are:

1. The filing fee was not received nor was a proper affidavit to proceed *in forma pauperis* submitted, with sufficient information completed or signed by Plaintiff, to permit review. Plaintiff submitted an *in forma pauperis* application, but did not use the proper form for prisoners approved by this Court. As a result, he did not include the present balance of his prison trust account or the amounts deposited into that account during the past six months, which is information needed to rule on his request for *in forma pauperis* status.

2. Plaintiff's claims are somewhat unclear. He alleges that he is deaf and that Defendants Cugino and Hosier arrested him and handcuffed his hands behind his back, leaving him unable to communicate even with the aid of an interpreter. Plaintiff also contends that officers violated his "right to be free from unlawful arrest," although he does not contend that officers lacked

probable cause to arrest him.  Notably, Plaintiff seeks his release from custody and the dropping of all charges against him as his only relief.  However, these are not proper requests for relief under § 1983.  If Plaintiff seeks to challenge his detention, he should instead proceed under 28 U.S.C. § 2241.  If Plaintiff seeks to bring a claim under the Rehabilitation Act or Americans with Disabilities Act, such claims would not include a challenge to the criminal proceedings or request for release.

Consequently, the Complaint should be dismissed, but without prejudice to Plaintiff filing a new complaint, on the proper forms, which corrects the defects of the present Complaint.  To further aid Plaintiff, the Clerk is instructed to send Plaintiff new § 1983 forms, instructions, an application to proceed *in forma pauperis*, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)).

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.  The Clerk is instructed to send Plaintiff § 1983 forms, instructions, an application to proceed *in forma pauperis*, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)).

IT IS RECOMMENDED that this action be filed and dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper forms, which corrects the defects cited above.

This, the 14th day of March, 2017.

          /s/ Joi Elizabeth Peake
    United States Magistrate Judge