IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BRADLEY L. MAUNEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:17CV88 |
| ) | |
| A.W. CUGINO, II, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On March 15, 2017, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff filed objections (ECF No. 5) within the time limit prescribed by Section 636. The Court has reviewed Plaintiff's objections *de novo* and finds that they do not change the substance of the United States Magistrate Judge's Recommendation (ECF No. 3), which is hereby affirmed and adopted. If Petitioner needs additional forms, he may contact the Clerk's Office. However, the Court cannot provide Plaintiff with legal advice.

IT IS THEREFORE ORDERED that this action is DISMISSED *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper forms, which corrects the defects cited in the Magistrate Judge's Recommendation.

This, the 5th day of April, 2017.

/s/ Loretta C. Biggs
United States District Judge